UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP *et al.*<br><br>Defendants. | Case No. 1:25-cv-03306 (PLF) |

## ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for a preliminary injunction, memoranda of law, declarations, and exhibits thereto, and for the reasons explained in the oral Opinion announced in open court on November 14, 2025, it is hereby:

ORDERED that the Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 4] is GRANTED; and it is

FURTHER ORDERED that Section 2 of Executive Order 14343, Further Exclusions from the Federal Labor-Management Relations Program, is unlawful as applied to Plaintiffs' bargaining units at USAGM and all employees in said bargaining units; and it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing Section 2 of Executive Order 14343 with respect to the Plaintiffs' bargaining units at USAGM and all USAGM employees represented by any Plaintiff; including, without limitation, by "cancelling the collective bargaining agreement[s] between [USAGM] and [Plaintiffs]" and refusing to recognize Plaintiffs "as the exclusively recognized labor

organization[s] for employees of [USAGM]." ECF No. 4-2, at 131 & ECF No. 4-3, at 290 (letters from USAGM to Plaintiffs dated August 29, 2025); and it is

FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(c), Plaintiffs shall post with the Court $ 100.00 as security for the issuance of this Preliminary Injunction; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint report on or before December 5, 2025, proposing a schedule for how this case should proceed.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/18/25