UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, et al.,

      Plaintiffs,

v.

DONALD J. TRUMP,
President of the United States, et al.,

      Defendants.

Civil Action No. 25-3306 (PLF)

**JOINT STATUS REPORT**

On November 18, 2025, the Court issued an order granting Plaintiffs' motion for a preliminary injunction. Dkt. 38. The order also instructed the parties to "meet and confer and file a joint report on or before December 5, 2025, proposing a schedule for how this case should proceed." Dkt. 38, at 2. Counsel for the parties have met and conferred and propose the following plan for moving forward in this matter.

Appeals in three related cases—*NTEU v. Trump*, No. 1:25-cv-00935-PLF (D.D.C); *AFSA v. Trump*, No. 1:25-cv-01030-PLF (D.D.C.); and *FEA v. Trump*, No. 1:25-cv-1362-PLF (D.D.C.)—are currently pending before the D.C. Circuit, with argument to be held on December 15, 2025, *see NTEU v. Trump*, No. 25-5157 (D.C. Cir.); *AFSA v. Trump*, No. 25-5184 (D.C. Cir.); *FEA v. Trump*, No. 25-5303 (D.C. Cir.). While Plaintiffs note their view that this case presents questions of law and fact not at issue in those appeals, the parties agree that awaiting a decision on the pending appeals would provide guidance to the parties for motions for summary judgment in this case and could provide guidance on the appropriate scope of potential discovery, if any.

Accordingly, the parties suggest that they propose a schedule for further proceedings in this matter, including summary judgment briefing, within fourteen days after the D.C. Circuit issues an opinion in the above-referenced appeals. The parties further agree and propose that Defendants' obligation to respond to Plaintiffs' complaint should be deferred in the meantime.

DATED: December 5, 2025

Respectfully submitted,

/s/ Abigail V. Carter
Abigail V. Carter (DC Bar ID: 474454)
John M. Pellettieri*
Lane Shadgett (DC Bar ID: 90009847)
J. Alexander Rowell (DC Bar ID: 1780007)
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W. Suite 1000
Washington, D.C. 20005
Tel: (202) 842-2600
Fax: (202) 842-1888
acarter@bredhoff.com
jpellettieri@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com

Counsel for Plaintiffs
*Admitted pro hac vice

Teague P. Paterson (DC Bar ID: 144528)
Matthew S. Blumin (DC Bar ID: 1007008)
Georgina Yeomans (DC Bar ID: 1510777)
American Federation of State, County,
and Municipal Employees, AFL-CIO
1625 L Street NW
Washington, DC 20036
Tel: (202) 775-5900
Fax: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
gyeomans@afscme.org

Counsel for Plaintiffs American Federation of State County and Municipal Employees, AFL-CIO (AFSCME) and AFSCME Local 1418

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

/s/ Tyler J. Becker
TYLER J. BECKER
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave. NW, Room 3632
Washington, DC 20530
Tel: (202) 514-4052
tyler.becker@usdoj.gov

ERIC HAMILTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Civil Division
JACQUELINE COLEMAN SNEAD
Assistant Branch Director
LISA ZEIDNER MARCUS
Senior Counsel
JEREMY MAURITZEN
Trial Attorney
Civil Division, Federal Programs Branch

Counsel for Defendants

Rushab B. Sanghvi (DC Bar ID: 1012814)
American Federation of Government Employees,
AFL-CIO
80 F Street NW
Washington, DC 20001
Tel: (202) 639-6426
SanghR@afge.org

*Counsel for Plaintiffs American Federation of Government Employees (AFGE) and AFGE Local 1812*