# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO et al.,<br><br>   *Plaintiffs*;<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*, et al.,<br><br>   *Defendants*. | Civil Action No. 1:25-cv-3306-PLF |

## DEFENDANTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's November 14, 2025 oral opinion (*see* Nov. 14, 2025 Minute Entry; Nov. 14, 2025 Hearing Tr. at 46:15–58:07) and November 18, 2025 Order (Dkt. No. 38), which granted Plaintiffs' Motion for a Preliminary Injunction.

Dated: January 8, 2026          Respectfully submitted,

                 BRETT A. SHUMATE
                 Assistant Attorney General

                 YAAKOV M. ROTH
                 Principal Deputy Assistant Attorney General
                 TYLER J. BECKER
                 Counsel to the Assistant Attorney General
                 Civil Division

                 ERIC HAMILTON
                 Deputy Assistant Attorney General

                 ALEXANDER K. HAAS
                 Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

/s/ *Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
(NY Bar No. 4461679)
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St, NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 514-3336
Fax: (202) 616-8470
Email: lisa.marcus@usdoj.gov

*Counsel for Defendants*