APPEAL,STAYED,TYPE−D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−03306−PLF

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO et al v. TRUMP et al
Assigned to: Judge Paul L. Friedman
Related Cases: 1:25−cv−00935−PLF
                1:25−cv−01015−RCL
                1:25−cv−01030−PLF
                1:25−cv−01362−PLF
                1:25−cv−02445−PLF
                1:25−cv−02657−PLF
                1:25−cv−02947−PLF
                1:25−cv−02990−PLF
                1:25−cv−03826−PLF
Cause: 28:1331 Fed. Question

Date Filed: 09/19/2025
Jury Demand: None
Nature of Suit: 790 Labor: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

| | | |
|---|---|---|
| **AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO** | represented by | **Georgina C. Yeomans**<br>AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEE<br>1625 L Street, N.W.<br>Washington, DC 20036<br>202−715−8947<br>Email: gyeomans@afscme.org<br>*ATTORNEY TO BE NOTICED*<br><br>**James Alexander Rowell**<br>BREDHOFF & KAISER PLLC<br>805 15th Street, NW<br>Suite 1000<br>Washington, DC 20005<br>202−842−2000<br>Email: arowell@bredhoff.com<br>*ATTORNEY TO BE NOTICED*<br><br>**John M. Pellettieri**<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Rm. B−206<br>Washington, DC 20530<br>202−714−3913<br>Email: jpellettieri@bredhoff.com<br>*ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **Lane Martin Shadgett**<br>BREDHOFF & KAISER PLLC<br>805 15th Street, NW<br>Suite 1000<br>Washington, DC 20005<br>323–243–8668<br>Fax: 202–842–1888<br>Email: lshadgett@bredhoff.com<br>*ATTORNEY TO BE NOTICED* |
|  | **Matthew Stark Blumin**<br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES<br>Office of General Counsel<br>1625 L Street NW<br>Washington, DC 20036<br>202–775–5900<br>Email: mblumin@afscme.org<br>*ATTORNEY TO BE NOTICED* |
|  | **Teague Paterson**<br>AMERICAN FEDERATION OF STATE & COUNTY MUNICIPAL EMPLOY UNION<br>1101 17th Street, NW<br>Washington, DC 20036<br>(202) 775–5900<br>Fax: (202) 452–0556<br>Email: TPaterson@afscme.org<br>*ATTORNEY TO BE NOTICED* |
|  | **Abigail V. Carter**<br>BREDHOFF & KAISER P.L.L.C.<br>805 15th Street, NW<br>Suite 1000<br>Washington DC, DC 20005<br>202–842–2600<br>Email: acarter@bredhoff.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO** | represented by | **James Alexander Rowell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John M. Pellettieri**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Lane Martin Shadgett**<br>(See above for address) |

2

*ATTORNEY TO BE NOTICED*

**Rushab Sanghvi**
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES
Office of General Counsel
80 F Street, NW
Washington, DC 20001
(202) 639–6424
Fax: (202) 379–2928
Email: sanghr@afge.org
*ATTORNEY TO BE NOTICED*

**Abigail V. Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO** | represented by | **Georgina C. Yeomans**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**James Alexander Rowell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John M. Pellettieri**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Lane Martin Shadgett**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew Stark Blumin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Teague Paterson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Abigail V. Carter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812** | represented by | **James Alexander Rowell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

                                        **John M. Pellettieri**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                        **Lane Martin Shadgett**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                        **Rushab Sanghvi**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                        **Abigail V. Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J. TRUMP**                      represented by  **Jeremy S. Simon**
*in his official capacity as President of the*                         DOJ–USAO
*U.S.*                                                                             Patrick Henry Building
601 D. Street, N.W.
Washington, DC 20530
(202) 252–2528
Email: jeremy.simon@usdoj.gov
*TERMINATED: 10/24/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Lisa Zeidner Marcus**
DOJ–CIV
1100 L St., N.W.
12th Floor
Washington, DC 20530
202–514–3336
Email: lisa.marcus@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Tyler J. Becker**
U.S. DEPARTMENT OF JUSTICE
Office of the Assistant Attorney General,
Civil Division
950 Pennsylvania Ave NW
Rm. 3632
Washington, DC 20530
202–514–4052
Email: tyler.becker@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. AGENCY FOR GLOBAL MEDIA**         represented by   **Jeremy S. Simon**
(See above for address)
*TERMINATED: 10/24/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Zeidner Marcus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler J. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**KARI LAKE**         represented by   **Jeremy S. Simon**
*in her official capacity as Acting CEO of*      (See above for address)
*the U.S. Agency for Global Media*               *TERMINATED: 10/24/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Zeidner Marcus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler J. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2025 | 1 | COMPLAINT *for Declaratory and Injunctive Relief* against KARI LAKE, DONALD J. TRUMP, U.S. AGENCY FOR GLOBAL MEDIA ( Filing fee $ 405 receipt number ADCDC−11970564) filed by AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO. (Attachments: # 1 Civil Cover Sheet, # 2 Summons to Donald J. Trump, # 3 Summons to U.S. Agency for Global Media, # 4 Summons to Kari Lake, # 5 Summons to U.S. Attorney's Office for DC, # 6 Summons to U.S. Attorney General)(Carter, Abigail) (Entered: 09/19/2025) |
| 09/19/2025 | 2 | NOTICE OF RELATED CASE by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO, VOICE OF AMERICA EMPLOYEES |

| | | |
|---|---|---|
| | | UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO. Case related to Case No. 1:25–cv–01015–RCL, 1:25–cv–00935–PLF, 1:25–cv–01030–PLF, 1:25–cv–01362–PLF, 1:25–cv–02445–PLF, 1:25–cv–02657–PLF, 1:25–CV–02947–PLF, 1:25–cv–2990–PLF, and 3:25–cv–03070–JD (N.D. Cal.). (Carter, Abigail) (Entered: 09/19/2025) |
| 09/19/2025 | 3 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John M. Pellettieri, Filing fee $ 100, receipt number ADCDC–11971255. Fee Status: Fee Paid. by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO. (Attachments: # 1 Declaration of John M. Pellettieri for Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Carter, Abigail) (Entered: 09/19/2025) |
| 09/19/2025 | 4 | MOTION for Preliminary Injunction by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO. (Attachments: # 1 Memorandum in Support, # 2 Declaration of John Dryden, # 3 Declaration of Paula Hickey, # 4 Declaration of Thomas A. Huddleston, # 5 Declaration of Everett Kelley, # 6 Declaration of Tiffany Ricci, # 7 Text of Proposed Order)(Carter, Abigail) (Entered: 09/19/2025) |
| 09/19/2025 | | Case Assigned to Judge Paul L. Friedman. (znmw) (Entered: 09/19/2025) |
| 09/19/2025 | 5 | SUMMONS (5) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(znmw) (Entered: 09/19/2025) |
| 09/19/2025 | 6 | NOTICE of Appearance by Matthew Stark Blumin on behalf of AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Blumin, Matthew) (Main Document 6 replaced on 9/22/2025) (zjm). (Entered: 09/19/2025) |
| 09/19/2025 | 7 | NOTICE of Appearance by Matthew Stark Blumin on behalf of VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Blumin, Matthew) (Main Document 7 replaced on 9/22/2025) (zjm). (Entered: 09/19/2025) |
| 09/19/2025 | 8 | NOTICE of Appearance by Teague Paterson on behalf of AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Paterson, Teague) (Main Document 8 replaced on 9/22/2025) (zjm). (Entered: 09/19/2025) |
| 09/19/2025 | 9 | NOTICE of Appearance by Teague Paterson on behalf of VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Paterson, Teague) (Main Document 9 replaced on 9/22/2025) (zjm). (Entered: 09/19/2025) |

| | | |
|---|---|---|
| 09/19/2025 | 10 | NOTICE of Appearance by Georgina C. Yeomans on behalf of AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Yeomans, Georgina) (Main Document 10 replaced on 9/22/2025) (zjm). (Entered: 09/19/2025) |
| 09/19/2025 | 11 | NOTICE of Appearance by Georgina C. Yeomans on behalf of VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Yeomans, Georgina) (Main Document 11 replaced on 9/22/2025) (zjm). (Entered: 09/19/2025) |
| 09/22/2025 | | MINUTE ORDER: In light of plaintiffs' 4 Motion for Preliminary Injunction, the parties are directed to meet and confer and file a joint status report on or before September 30, 2025. The joint status report shall include the following: (1) proposed dates for an oral argument on plaintiffs' motion; (2) proposed deadlines for defendants' response to plaintiffs' motion for preliminary injunction and plaintiffs' reply in view of the oral argument dates proposed; (3) the parties' positions on whether it would be more efficient to proceed directly to the merits of the case on an expedited summary judgment briefing schedule; and (4) if the parties agree to move directly to summary judgment, a proposed schedule for expedited summary judgment briefing. Signed by Judge Paul L. Friedman on 09/22/2025. (lczl) (Entered: 09/22/2025) |
| 09/22/2025 | 12 | NOTICE of Appearance by Rushab Sanghvi on behalf of AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812 (Sanghvi, Rushab) (Entered: 09/22/2025) |
| 09/22/2025 | 13 | NOTICE of Appearance by Lane Martin Shadgett on behalf of AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Shadgett, Lane) (Entered: 09/22/2025) |
| 09/22/2025 | 14 | NOTICE of Appearance by James Alexander Rowell on behalf of AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Rowell, James) (Entered: 09/22/2025) |
| 09/22/2025 | 15 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Carter, Abigail) (Entered: 09/22/2025) |
| 09/22/2025 | 16 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO (Carter, Abigail) (Entered: 09/22/2025) |
| 09/22/2025 | 17 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (Carter, Abigail) (Entered: 09/22/2025) |

| 09/22/2025 | 18 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812 (Carter, Abigail) (Entered: 09/22/2025) |
|---|---|---|
| 09/23/2025 | | MINUTE ORDER granting 3 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Paul L. Friedman on September 23, 2025. (ATM) (Entered: 09/23/2025) |
| 09/24/2025 | 19 | NOTICE of Appearance by John M. Pellettieri on behalf of AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO (Pellettieri, John) (Entered: 09/24/2025) |
| 09/24/2025 | 20 | RESPONSE re 2 Notice of Related Case,, *(Defendants' Objection to Notice of Relatedness)* filed by KARI LAKE, DONALD J. TRUMP, U.S. AGENCY FOR GLOBAL MEDIA. (Simon, Jeremy) (Entered: 09/24/2025) |
| 09/26/2025 | 21 | RESPONSE re 20 Response to Document filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO. (Carter, Abigail) (Entered: 09/26/2025) |
| 09/30/2025 | 22 | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO. (Carter, Abigail) (Entered: 09/30/2025) |
| 10/01/2025 | 23 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/19/2025. Answer due for ALL FEDERAL DEFENDANTS by 11/18/2025. (Carter, Abigail) (Entered: 10/01/2025) |
| 10/01/2025 | 24 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 09/25/2025. (Carter, Abigail) (Entered: 10/01/2025) |
| 10/01/2025 | 25 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DONALD J. TRUMP served on 9/30/2025 (Carter, Abigail) (Entered: 10/01/2025) |
| 10/01/2025 | 26 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. AGENCY FOR GLOBAL MEDIA served on 9/24/2025 (Carter, Abigail) (Entered: 10/01/2025) |
| 10/01/2025 | 27 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KARI LAKE served on 9/24/2025 (Carter, Abigail) (Entered: 10/01/2025) |

| | | |
|---|---|---|
| 10/01/2025 | 28 | CERTIFICATE OF SERVICE by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO re 4 MOTION for Preliminary Injunction . (Carter, Abigail) (Entered: 10/01/2025) |
| 10/07/2025 | 29 | OPINION AND ORDER overruling defendants' 20 Objection to Notice of Relatedness. See Opinion and Order for details. Signed by Judge Paul L. Friedman on 10/07/2025. (lczl) (Entered: 10/07/2025) |
| 10/16/2025 | | MINUTE ORDER: In light of the parties' 22 Joint Status Report, defendants shall file their opposition to plaintiffs' 4 motion for preliminary injunction on or before October 31, 2025. Plaintiffs shall file their reply on or before November 7, 2025. The parties are directed to meet and confer and file a joint status report on or before October 24, 2025 proposing dates for an oral argument on plaintiffs' motion in light of the updated briefing schedule. Signed by Judge Paul L. Friedman on 10/16/2025. (lczl) (Entered: 10/16/2025) |
| 10/24/2025 | 30 | NOTICE OF SUBSTITUTION OF COUNSEL by Lisa Zeidner Marcus on behalf of KARI LAKE, DONALD J. TRUMP, U.S. AGENCY FOR GLOBAL MEDIA Substituting for attorney Jeremy S. Simon (Marcus, Lisa) (Entered: 10/24/2025) |
| 10/24/2025 | 31 | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO. (Carter, Abigail) (Entered: 10/24/2025) |
| 10/27/2025 | | MINUTE ORDER: Upon consideration of the parties' 31 Joint Status Report, the Court will hold oral argument on the plaintiffs' 4 Motion for Preliminary Injunction on November 14, 2025, at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001. Signed by Judge Paul L. Friedman on October 27, 2025. (ATM) (Entered: 10/27/2025) |
| 10/28/2025 | | Set/Reset Hearings: Preliminary Injunction Hearing set for 11/14/2025 at 10:00 AM in Courtroom 29A– In Person before Judge Paul L. Friedman. (tj) (Entered: 10/28/2025) |
| 10/31/2025 | 32 | Memorandum in opposition to re 4 MOTION for Preliminary Injunction filed by KARI LAKE, DONALD J. TRUMP, U.S. AGENCY FOR GLOBAL MEDIA. (Attachments: # 1 Ex. 1: OPM Guidance for Shutdown Furloughs, # 2 Ex. 2: Declaration of Michelle A. Stewart (with attachments), # 3 Ex. 3: Minutes of Intelligence Advisory Committee Meeting (Mar. 31, 1950) (declassified), # 4 Ex. 4: National Security Decision Directive No. 45 (July 15, 1982) (declassified), # 5 Ex. 5: AFGE 2024 Form LM–2 Labor Organization Annual Report, # 6 Ex. 6: ASCME 2024 Form LM–2 Labor Organization Annual Report, # 7 Text of Proposed Order)(Marcus, Lisa) (Entered: 10/31/2025) |
| 10/31/2025 | 33 | ERRATA *Defendants' Memorandum of Law* by KARI LAKE, DONALD J. TRUMP, U.S. AGENCY FOR GLOBAL MEDIA re 32 Memorandum in Opposition,,. (Attachments: # 1 Defendants Opposition to Plaintiffs Motion for Preliminary Injunction (Defendants memorandum of law) (reprinted to PDF))(Marcus, Lisa) |

| | | |
|---|---|---|
| | | (Entered: 10/31/2025) |
| 11/07/2025 | 34 | REPLY to opposition to motion re 4 Motion for Preliminary Injunction,, filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO. (Attachments: # 1 Supplemental Declaration of John Dryden)(Carter, Abigail) (Entered: 11/07/2025) |
| 11/13/2025 | 35 | NOTICE of Appearance by Tyler J. Becker on behalf of All Defendants (Becker, Tyler) (Entered: 11/13/2025) |
| 11/14/2025 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Motion Hearing held on 11/14/2025 re 4 MOTION for Preliminary Injunction filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO. Oral argument heard, and the motion for a preliminary injunction is GRANTED for reasons stated on the record. Parties to submit a proposed order for the court's review and consideration. (Court Reporter: Lisa Moriera.) (tj) (Entered: 11/18/2025) |
| 11/17/2025 | 36 | TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING before Judge Paul L. Friedman held on November 14, 2025; Page Numbers: 1−69. Date of Issuance:November 17, 2025. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354−3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/8/2025. Redacted Transcript Deadline set for 12/18/2025. Release of Transcript Restriction set for 2/15/2026.(Moreira, Lisa) (Entered: 11/17/2025) |
| 11/18/2025 | 37 | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL−CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF |

| | | |
|---|---|---|
| | | STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO. (Carter, Abigail) (Entered: 11/18/2025) |
| 11/18/2025 | 38 | ORDER granting plaintiffs' 4 Motion for Preliminary Injunction. The parties are directed to file a joint status report on or before December 5, 2025. See Order for details. Signed by Judge Paul L. Friedman on 11/18/2025. (lczl) (Entered: 11/18/2025) |
| 11/19/2025 | | Set/Reset Deadlines: Status Report due by 12/5/2025 (tj) (Entered: 11/19/2025) |
| 11/19/2025 | | DEPOSIT of Funds for Bond in the amount of $ 100.00, Receipt Number 210817, pursuant to 38 Order. (znmw) (Entered: 11/24/2025) |
| 12/05/2025 | 39 | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 1812, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, VOICE OF AMERICA EMPLOYEES UNION, LOCAL 1418, DISTRICT COUNCIL 20, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO. (Carter, Abigail) (Entered: 12/05/2025) |
| 12/10/2025 | | MINUTE ORDER: Upon consideration of the parties' 39 Joint Status Report, and the request therein to await further guidance from the D.C. Circuit's resolution of pending appeals in three related cases, the parties are directed to file a joint status report proposing a schedule for further proceedings within 14 days of the D.C. Circuit's decision in NTEU v. Trump, No. 25–5157 (D.C. Cir.), AFSA v. Trump, No. 25–5184 (D.C. Cir.) and FEA v. Trump, No. 25–5303 (D.C. Cir.). Signed by Judge Paul L. Friedman on 12/10/2025. (lczl) (Entered: 12/10/2025) |
| 12/22/2025 | | MINUTE ORDER: In light of the D.C. Circuit's anticipated decision(s) in National Treasury Employees Union v. Trump, No. 25–5157 (D.C. Cir.), American Foreign Service Ass'n v. Trump, No. 25–5184 (D.C. Cir.), and Federal Education Ass'n v. Trump, No. 25–5303 (D.C. Cir.), it is hereby ORDERED that all proceedings in this matter are STAYED pending further order of this Court. As stated in this Court's December 10, 2025 Minute Order, the parties are directed to file a Joint Status Report within 14 days of the D.C. Circuit's decision(s) proposing next steps for how this case should proceed. Signed by Judge Paul L. Friedman on 12/22/2025. (lczl) (Entered: 12/22/2025) |
| 01/08/2026 | 40 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 38 Order on Motion for Preliminary Injunction, Motion Hearing,, by U.S. AGENCY FOR GLOBAL MEDIA, KARI LAKE, DONALD J. TRUMP. Fee Status: No Fee Paid. Parties have been notified. (Marcus, Lisa) (Entered: 01/08/2026) |
| 01/09/2026 | | Case Stayed (tj) (Entered: 01/09/2026) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO et al.,<br>       *Plaintiffs*;<br><br>       v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*, et al.,<br><br>       *Defendants*. | Civil Action No. 1:25-cv-3306-PLF |

### DEFENDANTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's November 14, 2025 oral opinion (*see* Nov. 14, 2025 Minute Entry; Nov. 14, 2025 Hearing Tr. at 46:15–58:07) and November 18, 2025 Order (Dkt. No. 38), which granted Plaintiffs' Motion for a Preliminary Injunction.

Dated: January 8, 2026

                                                Respectfully submitted,

                                                BRETT A. SHUMATE
                                                Assistant Attorney General

                                                YAAKOV M. ROTH
                                                Principal Deputy Assistant Attorney General
                                                TYLER J. BECKER
                                                Counsel to the Assistant Attorney General
                                                Civil Division

                                                ERIC HAMILTON
                                                Deputy Assistant Attorney General

                                                ALEXANDER K. HAAS
                                                Director

2

JACQUELINE COLEMAN SNEAD
Assistant Branch Director


　/s/ *Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
(NY Bar No. 4461679)
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St, NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 514-3336
Fax: (202) 616-8470
Email: lisa.marcus@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP *et al.* <br><br> Defendants. | Case No. 1:25-cv-03306 (PLF) |

## ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for a preliminary injunction, memoranda of law, declarations, and exhibits thereto, and for the reasons explained in the oral Opinion announced in open court on November 14, 2025, it is hereby:

ORDERED that the Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 4] is GRANTED; and it is

FURTHER ORDERED that Section 2 of Executive Order 14343, Further Exclusions from the Federal Labor-Management Relations Program, is unlawful as applied to Plaintiffs' bargaining units at USAGM and all employees in said bargaining units; and it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing Section 2 of Executive Order 14343 with respect to the Plaintiffs' bargaining units at USAGM and all USAGM employees represented by any Plaintiff; including, without limitation, by "cancelling the collective bargaining agreement[s] between [USAGM] and [Plaintiffs]" and refusing to recognize Plaintiffs "as the exclusively recognized labor

organization[s] for employees of [USAGM]." ECF No. 4-2, at 131 & ECF No. 4-3, at 290 (letters from USAGM to Plaintiffs dated August 29, 2025); and it is

FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(c), Plaintiffs shall post with the Court $ 100.00 as security for the issuance of this Preliminary Injunction; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint report on or before December 5, 2025, proposing a schedule for how this case should proceed.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 11/18/25